IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY LEE KELLER, | : | |
| Plaintiff, | : | 1:15-cv-1225 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CHRISTOPHER BLAUSER, *et al.*, | : | |
| Defendants. | : | |

## ORDER

### July 14, 2015

**NOW, THEREFORE,** in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion (Doc. 2) to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is **GRANTED**.

2. Plaintiff's motion (Doc. 5) for summary judgment is **DENIED** as premature.

3. Plaintiff shall **FILE** an amended complaint on or before August 4, 2015.

4. The amended complaint shall contain the same case number that is already assigned to this action, 1:15-cv-1225, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. *See* FED. R. CIV. P. 8(e).

5. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court and may result in an order striking or dismissing the complaint. *See* FED. R. CIV. P. 20.

6. Failure to file an amended complaint within the specified time period will result in dismissal of the action for failure to comply with an order of court.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge